IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM F. GILYARD,                                                                           PETITIONER
Reg. #28157-044

v.                                                    2:17CV00081-JLH

GENE BEASLEY,
Warden, FCI - Forrest City Low                                                           RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Petition for Writ of Habeas Corpus (Doc. No.2) is DISMISSED for lack of jurisdiction.

DATED this 15th day of June, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE